UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Anthony Moore,<br><br>    Plaintiff,<br><br>v.<br><br>Minnesota Department of Corrections, *Employees and Officials - sued in their individual and official capacities*, and The Bureau of Criminal Apprehensions, *in Saint Paul Minnesota - Directors Employees and Officials sued in their individual and official capacities*,<br><br>    Defendants. | Civ. No. 24-436 (JWB/JFD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

---

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on March 28, 2024. (Doc. No. 7.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 28, 2024 Report and Recommendation (Doc. No. 7) is **ACCEPTED**; and

2. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 19, 2024                                   *s/ Jerry W. Blackwell*
                                                       JERRY W. BLACKWELL
                                                       United States District Judge